**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Wayne Wells, Appellant.

Appellate Case No. 2010-178346

–––––––––––––

Appeal From Sumter County
William Jeffrey Young, Circuit Court Judge

–––––––––––––

Unpublished Opinion No. 2012-UP-621
Submitted November 1, 2012 – Filed November 21, 2012

–––––––––––––

**APPEAL DISMISSED**

–––––––––––––

Appellate Defender Susan Barber Hackett, of Columbia; and Wayne Wells, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.